THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: November 3, 2017

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:

    Monroe Mitchell, III and
    Diana Lee Mitchell,        Case No. 15-26257-GMH

        Debtors.        Chapter 13

**ORDER ON APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF ATTORNEY FEES AND COSTS AS AN ADMINISTRATIVE EXPENSE**

Debtors' counsel filed an application for approval of $4,855.00 in attorney fees plus $71.61 in costs as an administrative expense. CM-ECF Doc. No. 79. Notice of the application was served on all creditors and parties in interest, and no objections were filed. The court approves compensation for Michelson Law Office in the amount of $112.50 in attorney fees and $41.61 in costs, as an administrative priority claim in the debtors' case.

The following charges totaling $4,772.50 are not approved because they are inadequately described, are not recorded in tenths of an hour, or were incurred before

this case was converted to chapter 13:

1. 1.0 hours ($285) for timekeeper AM on March 12, 2015.
2. 0.4 hours ($114) for timekeeper AM on March 12, 2015.
3. 1.0 hours ($100) for timekeeper SM on March 31, 2015.
4. 0.2 hours ($20) for timekeeper SM on April 1, 2015.
5. 0.2 hours ($20) for timekeeper SM on April 6, 2015.
6. 0.5 hours ($50) for timekeeper SM on April 7, 2015.
7. 0.5 hours ($50) for timekeeper SM on April 14, 2015.
8. 0.1 hours ($10) for timekeeper SM on May 8, 2015.
9. 0.5 hours ($50) for timekeeper NMD2 on May 18, 2015.
10. 1.8 hours ($180) for timekeeper ND on May 19, 2015.
11. 4.8 hours ($480) for timekeeper DB on May 22, 2015.
12. 1.0 hours ($285) for timekeeper AM on May 26, 2015.
13. 0.3 hours ($85.50) for timekeeper AM on June 18, 2015.
14. 0.3 hours ($85.50) for timekeeper AM on June 22, 2015.
15. 0.5 hours ($142.50) for timekeeper AM on June 22, 2015.
16. 0.5 hours ($50) for timekeeper SM on June 22, 2015.
17. 1.0 hours ($100) for timekeeper DB on June 23, 2015.
18. 0.3 hours ($85.50) for timekeeper CRM on June 26, 2015.
19. 0.2 hours ($57) for timekeeper CRM on June 26, 2015.
20. 2.0 hours ($570) for timekeeper AM on June 29, 2015.
21. 1.0 hours ($285) for timekeeper CRM on July 10, 2015.
22. 0.7 hours ($70) for timekeeper KA on July 14, 2015.
23. 0.5 hours ($142.50) for timekeeper AM on July 16, 2015.
24. 0.2 hours ($20) for timekeeper NMD2 on July 17, 2015.
25. 3.8 hours ($380) for timekeeper KA on July 20, 2015.
26. 0.2 hours ($20) for timekeeper SM on July 20, 2015.

27. 1.0 hours ($100) for timekeeper KA on July 21, 2015.

28. 1.0 hours ($285) for timekeeper AM on July 23, 2015.

29. 0.6 hours ($60) for timekeeper LB on July 23, 2015.

30. 1.8 hours ($180) for timekeeper KA on July 31, 2015.

31. 1.0 hours ($285) for timekeeper CRM on July 31, 2015.

32. 0.2 hours ($20) for timekeeper LB on August 6, 2015.

33. 0.75 hours ($75) for timekeeper ND on August 27, 2015.

34. $30 expense recorded by CRM on September 30, 2015.

These charges are disapproved without prejudice to counsel filing an adequately supportive application or requesting a hearing on or before **November 20, 2017.**

So ordered.

#####