UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:

MONROE MITCHELL, III and
DIANA LEE MITCHELL,

Case No. 15-26257-gmh

Address: 823 - 45th Street
Kenosha, WI 53140

Chapter 13

Last four digits of Social-Security: 5676 & 5106

**Debtors**.

### REQUEST FOR HEARING ON APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF ATTORNEY FEES AND COSTS AS AN ADMINISTRATIVE EXPENSE

Attorneys for the above-named Debtors filed an Application for Attorneys Fees and Costs as an administrative expense. CM-ECF 79. The Court entered an order disapproving the application in part. CM-ECF 84.

Attorneys request a hearing.

Dated this 20th day of November, 2017.

_____
Carrie R. Michelson
Attorney for Debtors

Carrie R. Michelson
The Michelson Law Office
PO Box 67
Racine, WI 53401
Telephone: 262-638-8400
Facsimile: 262-638-1818