| | | |
|---|---|---|
| IN RE: | Monroe Mitchell III and<br>Diana Lee Mitchell, | Case No. 15–26257–gmh |
| | Debtors. | Chapter 13 |

## ORDER SCHEDULING EVIDENTIARY HEARING

| | | |
|---|---|---|
| TO: | Monroe Mitchell III<br>Diana Lee Mitchell | Attorney Abraham Michelson<br>Trustee Scott Lieske |

**PLEASE TAKE NOTICE** that an evidentiary hearing on Debtors' Counsel's application for compensation and reimbursement of attorney fees and costs as an administrative expense will be held on **December 19, 2017, at 04:00 PM, in the United States Courthouse, Room 133, 517 East Wisconsin Avenue, Milwaukee, WI 53202,** before United States Bankruptcy Judge G. Michael Halfenger.

Monroe Mitchell III and Diana Lee Mitchell are required to attend and participate in this hearing.

The court will not reschedule the evidentiary hearing absent good cause and upon written order of the court.

The moving party, or that party's counsel, and the debtors or debtors' counsel, are required to appear at the hearing in person absent good cause and upon written order of the court.

If sufficient grounds exist, the court may rule at the hearing. **NOTICE:** At the evidentiary hearing set by this order, the court will adjudicate the allowance of all fees requested in the application under 11 U.S.C. section 330(a)(4)(B).

The court hereby sets the following deadlines for the evidentiary hearing:

**IT IS FURTHER ORDERED** that any discovery or exchange of documents relating to the evidentiary hearing must be completed **at least 14 days before the date of the evidentiary hearing**.

**IT IS FURTHER ORDERED** that **at least 7 days before the date of the evidentiary hearing** both parties must file and exchange copies of exhibits that they contemplate using at the evidentiary hearing; exhibits should be numbered as described in the procedures posted on the court's website at https://www.wieb.uscourts.gov/content/judge–g–michael–halfenger.

**IT IS FURTHER ORDERED** that **at least 7 days before the date of the evidentiary hearing** both parties must file with the court a list of the witnesses that each party intends to call at the evidentiary hearing in that party's case–in–chief, along with a brief summary of the testimony each witness will provide at the evidentiary hearing (including for any witness expected to present evidence under Federal Rule of Evidence 702, 703, or 705, the subject matter on which the witness is expected to present that evidence, and a summary of the facts and opinions to which the witness is expected to testify).

**IT IS FURTHER ORDERED** that the failure to identify and exchange an exhibit or identify an issue or witness will result in exclusion of the exhibit, proof of the issue, or witness, except upon a showing that the failure was substantially justified or harmless.

**IT IS FURTHER ORDERED** that failure to comply with the deadlines set in this order may result in the court taking adverse action against the non−compliant party without further notice or a hearing.

**IT IS FURTHER ORDERED** that unless the parties stipulate to the admission of an appraisal, appraisers will be expected to testify.

**IT IS FURTHER ORDERED** that each party should file a pretrial report **at least 7 days before the date of the evidentiary hearing** that states: (1) the basis for the court's jurisdiction; (2) whether the court has statutory and constitutional authority to enter a final order, and, if not, whether the party consents to the entry of a final order; (3) the elements of all claims or defenses the party believes to be at issue, and whether any elements are not disputed; and (4) the identity of all witnesses the party intends to call in its case−in−chief, along with a summary of each witness's testimony.

Dated: November 21, 2017

BY THE COURT:

G. Michael Halfenger
United States Bankruptcy Judge